UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACY N. CHAN,

    Plaintiff,

    v.

STEVEN A. BOOSKA, et al.,

    Defendants.
_____/

No. C 13-0291 PJH

**ORDER**

    Plaintiff having advised the court that she has accepted the defendants' offer of judgment pursuant to Federal Rule of Civil Procedure 68, the parties are hereby directed to submit an agreed proposed form of judgment to the court no later than May 10, 2013.

**IT IS SO ORDERED.**

Dated: May 3, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge